UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-mj-1073-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| STEVEN JESUS CLARK ) | |

The United States Attorney charges that:

On or about January 20, 2016, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the defendant, STEVEN JESUS CLARK, did unlawfully and willfully carry concealed about his person a Springfield XD .45 caliber pistol, in violation of North Carolina General Statute, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

JOHN STUART BRUCE
Acting United States Attorney

By: _____
CHRISTOPHER J. NASSAR
Special Assistant U.S. Attorney
Criminal Division